1  JOHN C. ULIN (State Bar No. 165524)
   John.Ulin@aporter.com
2  ERIC D. MASON (State Bar No. 259233)
   Eric.Mason@aporter.com
3  LOUIS S. EDERER (admitted *Pro Hac Vice*)
   Louis.Ederer@aporter.com
4  MATTHEW T. SALZMANN (admitted *Pro Hac Vice*)
   Matthew.Salzmann@aporter.com
5  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
6  Los Angeles, California  90017-5844          JS-6
   T: (213) 243-4000; F:  (213) 243-4199
7
   *Attorneys for Plaintiffs*
8
   JON B. MILLER (State Bar No. 099070)
9  jonbmiller@sbcglobal.net
   MILLER JOHNSON LAW
10 427 "C" Street, Suite 410
   San Diego, California 92101
11 T: (619) 232-0086; F:  (619) 232-0089

12 *Attorneys for Defendant*

13

14                  **UNITED STATES DISTRICT COURT**

                    **CENTRAL DISTRICT OF CALIFORNIA**
15
                         **WESTERN DIVISION**

16

17 SWEET PEOPLE APPAREL, INC. d/b/a  ) Case No. 13-CV-3929 SJO (AGRx)
   MISS ME, a California corporation, and )
18 DEODAR BRANDS, LLC d/b/a MEK      ) Hon. S. James Otero
   DENIM , a California limited liability )
19 company,                          )
                                     ) **ORDER GRANTING STIPULATION**
20                                   ) **FOR ENTRY OF CONSENT**
            Plaintiffs,              ) **PERMANENT INJUNCTION AND**
21                                   ) **DISMISSAL WITH PREJUDICE**
        v.                           )
22                                   )
   NINA ROSSI, INC. d/b/a JZ Premium, )
23                                   )
                                     )
24         Defendant.                )
                                     )
25

26

27

28

The Court, having considered Plaintiff Sweet People Apparel, Inc. d/b/a Miss Me, Plaintiff Deodar Brands, LLC d/b/a Mek Denim, and Defendant Nina Rossi, Inc. d/b/a JZ Premium ("Nina Rossi")'s Stipulation for Entry of the Consent Permanent Injunction, hereby orders that:

1.      This Court has jurisdiction over the parties and the claims in the Civil Action.

2.      Venue is proper in this judicial district.

3.      Without any admission of liability and to avoid further expense and inconvenience of litigation, Nina Rossi and its agents, affiliates, divisions, parents, subsidiaries, related companies, officers, directors, shareholders, principals, employees, and all natural or legal persons acting on their behalf, or in concert with any of them who receive actual notice of this Order by personal service or otherwise, shall be PERMANENTLY ENJOINED and RESTRAINED from the date of this Consent Permanent Injunction from attempting to do or causing to be done, directly or indirectly, by any means, method, or device whatsoever, or by any person or persons whomsoever, the following acts:

(a)      designing, manufacturing, importing, exporting, distributing, marketing, promoting, advertising, supplying, purchasing, offering for sale and/or selling any garments bearing any of the Allegedly Infringing Designs shown in Exhibit A;

(b)      designing, manufacturing, importing, exporting, distributing, marketing, promoting, advertising, supplying, purchasing, offering for sale and/or selling any garments bearing any of the designs that are the subject of U.S. Copyright Registrations Nos. VA 1-741-621 or VA 1-785-057, or U.S. Trademark Registration No. 3,613,153 (attached hereto as Exhibits B and C); or

(c)      designing, manufacturing, importing, exporting, distributing, marketing, promoting, advertising, supplying, purchasing, offering

1   for sale and/or selling any garments bearing any design or

2   combination of design elements held by this court to infringe U.S.

3   Copyright Registrations Nos. VA 1-741-621 or VA 1-785-057, or

4   U.S. Trademark Registration No. 3,613,153 (attached hereto as

5   Exhibits B and C).

6        4.    The Court retains jurisdiction of this action for the purpose of enforcing

7   the provisions of this Consent Permanent Injunction by way of contempt motion or

8   otherwise.

9        5.    The Parties waive any right to appeal this Consent Permanent Injunction.

10        6.    The Parties agree that each shall bear its own costs and attorneys' fees

11   related to the Civil Action, except as otherwise agreed in the Parties' Settlement

12   Agreement.

13        7.    Except as otherwise provided in this Consent Permanent Injunction, the

14   Civil Action shall be deemed dismissed with prejudice.

15

16   IT IS SO ORDERED.

17

18   Dated:  November 21, 2014            _____

19                          The Honorable S. James Otero

20                          United States District Court Judge

21

22

23

24

25

26

27

28